UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

H-17-2

2018 SEP 13 P 1:40

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| | US DISTRICT COURT |
| v. | VIOLATION: HARTFORD CT |
| | 18 U.S.C. §§ 922(g) & 924(a)(2) |
| TYRUS PRUDE | (Possession of Ammunition by a |
| | Convicted Felon) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

1.     On or about January 19, 2018, in the District of Connecticut, the defendant TYRUS PRUDE, having been convicted in the Superior Court of the State of Connecticut of crimes punishable by a term of imprisonment exceeding one year, namely, Burglary in the Third Degree, in violation of Connecticut General Statutes § 53a-103, and Weapon in a Motor Vehicle, in violation of Connecticut General Statutes § 29-38, on January 4, 2011, did knowingly possess ammunition in and affecting commerce, namely six live rounds of Tula Cartridge Work 9mm ammunition that had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearm Offense)

2.     Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code Section 924(d) and Title 28, United States Code, Section 2461(c), the ammunition involved in the commission of

the offense, including six live rounds of Tula Cartridge Work 9mm ammunition, all of which were seized on or about January 19, 2018.

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY